JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW KELLEE BORGES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Comm'r of Social Security, )<br>)<br>Defendant )<br>) <br>_____ ) | Case No.  2:17-CV-00625-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 26, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has not had adequate time to review the lengthy Administrative Record in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 23, 2017   JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  October 24, 2017   PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Michael K. Marriott*
Michael K. Marriott
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: October 31, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Borges v. Berryhill**     **Stipulation and Proposed Order**     **E.D. Cal. 2:17-cv-00625-CMK**