1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (415) 977-8985
           Facsimile: (415) 744-0134
7          E-Mail: Michael.Marriott@ssa.gov
8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13  MATHEW KELLEE BORGES,              )  Civil No. 2:17-cv-00625-CMK
                                       )
14        Plaintiff,                   )  **STIPULATION AND ORDER FOR A**
                                       )  **FIRST EXTENSION OF TIME FOR**
15        v.                           )  **DEFENDANT TO FILE HER MSJ**
                                       )
16  NANCY A. BERRYHILL,                )
17  Acting Commissioner of Social Security,  )
                                       )
18        Defendant.                   )
19  _____   )

20
          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
21
    with the approval of the Court, that Defendant shall have a first extension of time of 30 days to
22
    file her MSJ.  Defendant respectfully requests this additional time because of a very heavy
23
    workload and because the undersigned has extended leave planned at the end of the year during
24
    the holiday season.
25

26

27

28
    Stip. to Extend Def.'s MSJ

                                              1

The new due date for Defendant's MSJ will be Friday, February 2, 2018.

Respectfully submitted,

Date: *December 15, 2017*    FORSLUND LAW LLC

By:    */s/ Jacqueline Forslund*
       JACQUELINE FORSLUND
       *\* By email authorization on Dec. 14, 2017*
       Attorney for Plaintiff

Date: *December 15, 2017*    PHILLIP A. TALBERT
                             United States Attorney

By:    */s/ Michael K. Marriott*
       MICHAEL K. MARRIOTT
       Special Assistant United States Attorney
       Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated:  December 21, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2